**Order entered October 24, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01073-CV

**METHODIST HOSPITALS OF DALLAS D/B/A METHODIST HEALTH SYSTEM AND D/B/A METHODIST DALLAS MEDICAL CENTER, Appellants**

**V.**

**JESUS NIETO, RICHARDO FELIPE NIETO, JESSE NIETO, AND ORLANDO NIETO, EACH INDIVIDUALLY AND AS HEIRS OF THE ESTATE OF MARY JESSIE ALVAREZ, DECEASED, Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-02115**

## ORDER

Before the Court is appellees' October 23, 2018 unopposed motion for nine-day extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 16, 2018.

/s/    DAVID EVANS
           JUSTICE